# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL NO. 3:10CV292-MOC-DSC

| | |
|---|---|
| ARLESTER EL JONES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>_____ )<br>DOLE FOOD COMPANY, INC., et. al., )<br>)<br>Defendants. )<br>)<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on "Defendants' Motion to Compel the Deposition Testimony of the Plaintiff" (document #37) and the parties' associated briefs and exhibits. See documents ## 38 and 39. Having carefully considered the parties' arguments, legal authorities and the record, the Court finds good cause to grant Defendants' Motion.

**NOW THEREFORE, IT IS ORDERED**:

1. "Defendants' Motion to Compel the Deposition Testimony of the Plaintiff" (document #37) is **GRANTED** and the Court **ORDERS** Plaintiff to attend and provide deposition testimony concerning all non-privileged information.

2. The Clerk is directed to send copies of this Order to the pro se Plaintiff; to defense counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: April 19, 2011

David S. Cayer
United States Magistrate Judge