# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:10CV292-MOC-DSC

| | |
|---|---|
| ARLESTER EL JONES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DOLE FOOD COMPANY, INC., et. al., )<br>)<br>Defendants. )<br>)<br>) | **ORDER** |

**THIS MATTER** is before the Court on pro se Plaintiff's "Motion to Deem Admitted Plaintiff's First Set of Admissions ..." (document #40) and "Motion to Modify Case Management Order and Motion to Compel Discovery" (document #41) and the parties' associated briefs and exhibits. See documents ## 49-51.

In their briefs, Defendants demonstrate that their responses to Plaintiff's Requests for Admissions were timely served upon Plaintiff. Accordingly, Plaintiff's "Motion to Deem Admitted Plaintiff's First Set of Admissions ..." (document #40) is denied.

In his "Motion to Modify Case Management Order and Motion to Compel Discovery" (document #41), Plaintiff seeks leave of Court to propound 440 interrogatories (including sub-parts) to Defendants. The Pretrial Order and Case Management Plan ("PTO") limits each party to propounding "no more than 20 interrogatories, including sub-parts." Document #15. Plaintiff has made no showing to support such a drastic expansion of the discovery limits in this matter. Accordingly, for this and the other reasons stated in Defendants' briefs, Plaintiff's Motion is denied.

**NOW THEREFORE, IT IS ORDERED**:

1. Plaintiff's "Motion to Deem Admitted Plaintiff's First Set of Admissions ..." (document #40) and "Motion to Modify Case Management Order and Motion to Compel Discovery" (document #41) are **DENIED**.

2. The Clerk is directed to send copies of this Order to the pro se Plaintiff; to defense counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: May 10, 2011

David S. Cayer
United States Magistrate Judge