IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv292

| | |
|---|---|
| ARLESTER EL JONES,  ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DOLE FOOD COMPANY, INC.; DOLE ) | |
| FRESH VEGETABLES, INC.; KAROL ) | |
| DEWITT; and TOM LEASE, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on pro se plaintiff's First Motion in Limine-Motion to Exclude (#33). Simply believing that evidence is not helpful to one's case is not a sufficient basis to have that evidence excluded. Plaintiff must be able to show some legal basis for excluding evidence and such motion needs to be made in conjunction with a proceeding where the court is considering evidence, such as during trial or considering motions for summary judgment.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's plaintiff's First Motion in Limine-Motion to Exclude (#33) is **DENIED**.

Signed: May 24, 2011

Max O. Cogburn Jr.
United States District Judge

-1-