IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv292

| | |
|---|---|
| ARLESTER EL JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> DOLE FOOD COMPANY, INC.; DOLE ) <br> FRESH VEGETABLES, INC.; KAROL ) <br> DEWITT; and TOM LEASE, ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

**THIS MATTER** is before the court on preliminary review of defendants' Motion for Summary Judgment (#69), which became ripe on September 26, 2011. Having considered defendants' motion and reviewed the pleadings, the court enters the following Order setting the motion for hearing.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion for Summary Judgment (#69) is **CALENDARED** for hearing on October 5, 2011, at 12 noon.

Signed: September 22, 2011

Max O. Cogburn Jr.
United States District Judge

-1-