# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Arlester El Jones ,

    Plaintiff(s),                                     JUDGMENT IN A CIVIL CASE

vs.                                                    3:10-cv-292

Dole Food Company, Inc, et al,

    Defendant(s).


DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 27, 2011 Order.


                                                    Signed: October 27, 2011

                                                    Frank G. Johns, Clerk
                                                    United States District Court